660 A.2d 503

### IN THE MATTER OF RICHARD A. SHEPARD, AN ATTORNEY AT LAW.

July 11, 1995.

### ORDER

The Disciplinary Review Board having filed a report with the Court on June 2, 1995, recommending that **RICHARD A. SHEPARD** of **MORRISTOWN**, who was admitted to the bar of this State in 1977, be suspended from the practice of law for a period of one year for gross neglect, abandonment of his client, failure to communicate with his client, misrepresentation regarding the status of a litigation matter, and persistent failure to cooperate with the ethics authorities, in violation of *RPC* 1.1(a), *RPC* 1.2, *RPC* 1.4, *RPC* 8.4(b) and *RPC* 8.4(c);

And the Disciplinary Review Board further recommending that on reinstatement to practice, respondent be required to practice under the supervision of a practicing attorney for a period of one year;

And good cause appearing;

It is ORDERED that **RICHARD A. SHEPARD** be suspended from practice for a period of one year, effective August 1, 1995, and until further Order of the Court; and it is further

ORDERED that on reinstatement to practice respondent practice under the supervision of an attorney approved by the Office of Attorney Ethics for a period of one year and until further Order of the Court; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent be restrained and enjoined from practicing law during the period of his suspension and that he comply with *Rule* 1:20–20; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter; and it is further

ORDERED that the Disciplinary Review Board cause this Order to be published in two consecutive editions of a newspaper of general circulation in Morris County.